IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTOPHER DAVID BAILEY | : | |
| Debtor | : | CASE NO. 1:25-bk-01274 |
| | : | |
| | : | |
| | : | |

**DEBTOR'S AFFIDAVIT OF DISBURSEMENT OF TRUSTEE FUNDS UPON DISMISSAL AND/OR CONVERSION OF CASE PRIOR TO CONFIRMATION**

If my case is dismissed and/or converted to a Chapter 7 prior to confirmation of my Chapter 13 Plan, I, Christopher David Bailey, the Debtor in the above-captioned case, hereby assign to my counsel, Mott & Gendron Law, the funds held in trust by the Standing Chapter 13 Trustee, Jack N. Zaharopoulos, pursuant to the Chapter 13 Plan sufficient to pay the outstanding balance of attorney fees and hereby authorize the said Trustee to pay said funds to Mott & Gendron Law. The balance, if any, will be paid to the debtor.

/**s**/ Christopher David Bailey